**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Robert Anthony James, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2012-206346

_____

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

_____

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

_____

Memorandum Opinion No. 2012-MO-050
Heard June 20, 2012 – Filed November 21, 2012

_____

**DISMISSED AS IMPROVIDENTLY GRANTED**

_____

Susan Barber Hackett, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, Assistant Deputy Attorney General David A. Spencer, all of Columbia, for Respondent.

E. Charles Grose, Jr., of Greenwood, and Tara S. Waters, of Laurens, for Amicus Curiae South Carolina Public Defender Association.

**PER CURIAM:**  We granted a writ of certiorari to review the decision of the Court of Appeals in <u>James v. State</u>, Op. No. 2011-UP-480 (S.C. Ct. App. filed Oct. 27, 2011).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice James E. Moore, concur.**